ASPHALT CONSTRUCTION COMPANY, Respondent, *v.* DE WITT C. BOUKER, JR., et al., Appellants, Impleaded with Another.

*Asphalt Construction Co.* v. *Bouker,* 150 App. Div. 691, affirmed.
(Argued March 17, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1912, affirming a judgment in favor of plaintiff entered upon a report of a referee in an action for an accounting of secret profits made by defendants, while officers and directors of the plaintiff, by means of a contract between the plaintiff and a third party.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellants.

*Edward W. Hatch* and *George F. Harrison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: MILLER, J.